IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HUGO ROMERO,              )
                          )
    Petitioner,           )
                          )
v.                        )   Civil Action No. 3:25-cv-00788-HEH
                          )
JEFFREY CRAWFORD, *et al.*, )
                          )
    Respondents.          )
                          )

**MEMORANDUM ORDER**
(Serving 28 U.S.C. § 2241 Petition)

THIS MATTER is before the Court on Hugo Romero's ("Petitioner") Amended Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (Verified). (ECF No. 7.) Petitioner is a federal detainee with counsel and has paid the full filing fee. On October 16, 2025, the Court directed Petitioner to submit, within twenty-one (21) days of the date of entry thereof, a petition that complies with Rule 2(c)(5) of the Rules Governing § 2254 Cases in U.S. District Courts. (ECF No. 6.) Petitioner filed a compliant petition on October 17, 2025. (ECF No. 7.) Upon consideration of Petitioner's payment of the full filing fee and the petition for a writ of habeas corpus, it is ORDERED that:

1. Respondents SHALL file a responsive pleading within thirty (30) days of the date of filing of a Petition that complies with Rule 2(c). Respondents must certify that the responsive pleading complies with Rule 5 of the Rules Governing § 2254 Cases in the United States District Courts.

2. Petitioner may file a reply within ten (10) days of the date of filing of any responsive pleading.

3. Petitioner is subject to the requirements of Rule 5 of the Federal Rules of Civil Procedure.

4. Petitioner is advised that the Court will not consider as evidence in opposition to any motion for summary judgment a memorandum of law and facts that is sworn to under penalty of perjury. Rather, any verified allegations must be set forth in a separate document titled "Affidavit" or "Sworn Statement," and reflect that the sworn statements of fact are made on personal knowledge and that the affiant is competent to testify on the matter stated therein. *See* Fed. R. Civ. P. 56(c)(4). Service shall be made upon Respondents by electronically transmitting a copy of this Memorandum Order and the petition, to the United States Attorney.

The Clerk is DIRECTED to send a copy of the Memorandum Order to counsel for Petitioner and counsel for Respondents.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: November 13, 2025
Richmond, Virginia