**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

HUGO ROMERO,                  )
                                   )
      Petitioner,           )
                                   )
v.                            )    Civil Action No. 3:25-cv-00788-HEH
                                 )
JEFF CRAWFORD, *et al.*,    )
                                 )
      Respondents.     )
                                 )

## <u>ORDER</u>
### (Granting Petition for § 1226(a) Bond Hearing)

THIS MATTER comes before the Court on Hugo Romero's ("Petitioner") Amended

Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief

(Verified) ("the Petition," ECF No. 7). Petitioner is a federal detainee with counsel and has

paid the full filing fee. Petitioner has filed this Petition against the Respondents, five

government officials in their official capacity (collectively "the Government"),[1] with the

named Defendant being Jeff Crawford, the Warden of the Farmville Detention Center where

Petitioner is currently being held. Through this Petition the Petitioner seeks a bond hearing

pursuant to 8 U.S.C. § 1226(a). The Government responded to the Petition on December 5,

2025, to which Petitioner replied on December 15, 2025. (Gov't's Opp'n, ECF No. 10;

Pet'r's Reply, ECF No. 11.) For the reasons contained in the accompanying Memorandum

---

[1] All five Defendants include, in addition to Jeff Crawford, Russell Hott, Field Office Director of the Washington Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi Noem, U.S. Department of Homeland Security; and Pamela Bondi, Attorney General of the United States.

Opinion, the Court GRANTS Petitioner's Amended Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (Verified) (ECF No. 7). Respondents are ORDERED to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226.

Petitioner's Motion for Issuance of Order to Show Cause (ECF No. 4) is DECLARED MOOT.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to counsel for Petitioner and counsel for Respondents.

It is so ORDERED.

_____ /s/

Henry E. Hudson
Senior United States District Judge

Date: January 13, 2026
Richmond, Virginia

2